IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMINAH DORSEY,** | Case No. C 11-5798 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **W. MILLER, Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until September 27, 2012, in which to file an answer or other response to the petition for writ of habeas corpus. Petitioner may have 30 days to file a traverse.

Dated: _____

/s/ Ronald M. Whyte

The Honorable Ronald M. Whyte

1

[] Order (C 11-5798 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMINAH S R DORSEY,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

Case Number: CV11-05798 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aminah Dorsey X34913
PO Box 99
Chowchilla, CA 93610

Dated: September 24, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk