IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMINAH DORSEY, | ) | No. C 11-5798 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION TO AWARD WRIT OF HABEAS CORPUS |
| vs. | ) ) | |
| WARDEN W. MILLER, | ) ) | |
| Respondent. | ) ) | (Docket No. 6) |

 Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Docket No. 1.) On March 8, 2012, the court issued an order to show cause directing respondent to answer the petition within ninety days. (Docket No. 4.) On July 2, 2012, respondent filed an application for extension of time to file an answer. (Docket No. 7.) The court found good cause to grant the motion based on the court's failure to timely mail out the order to show cause. (Docket No. 9.) Petitioner has filed a motion to award his writ of habeas corpus on the basis that respondent had not timely complied with the court's order to show cause. (See Docket No. 6.) Petitioner's motion is DENIED as moot.

 This order terminates docket no. 6.

 IT IS SO ORDERED.

DATED: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Order Denying Motion to Award Writ of Habeas Corpus
G:\PRO-SE\SJ.Rmw\HC.11\Dorsey798deny-award-writ.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMINAH S R DORSEY,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

Case Number: CV11-05798 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aminah Dorsey X34913
PO Box 1508
Chowchilla, CA 93610

Dated: December 3, 2012

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk