1
2
3
4
5 **E-FILED on 6/13/13**
6
7
8
9   IN THE UNITED STATES DISTRICT COURT
10   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  AMINAH DORSEY,                )   No. C 11-5798 RMW (PR)
                                  )
13              Petitioner,       )   JUGMENT
                                  )
14     vs.                        )
                                  )
15  WARDEN W. MILLER,             )
                                  )
16              Respondent.       )
                                  )
17  _____)
18
19       The court has dismissed the instant petition for a writ of habeas corpus as untimely.
20  Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of
21  his petition. The clerk shall close the file.
22       IT IS SO ORDERED.
23  DATED: 6/13/13                    _____
                                      RONALD M. WHYTE
24                                    United States District Judge
25
26
27
28

Judgment
G:\PRO-SE\SJ.Rmw\HC.11\Dorsey798jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AMINAH S R DORSEY,

        Plaintiff,

  v.

WARDEN et al,

        Defendant.

Case Number: CV11-05798 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aminah Dorsey X34913
PO Box 1508
Chowchilla, CA 93610

Dated: June 13, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk